# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: APPOINTMENT OF DEPUTY CONSTABLE FOR HIGHSPIRE, PENNSYLVANIA, JOHN FRY

PETITION OF: COMMONWEALTH OF PENNSYLVANIA

No. 256 MAL 2015

Petition for Allowance of Appeal from the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.